IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIAN FURMAN, on behalf of himself and all others similarly situated,<br><br>      **Plaintiff,**<br> v.<br><br>AT HOME STORES LLC, f/k/a GARDEN RIDGE MANAGEMENT, LLC<br><br>      **Defendant.** | Case No. 1:16-cv-08190<br><br>Honorable Charles R. Norgle, Sr.<br><br>Magistrate Judge Mary Rowland |

**PLAINTIFF'S UNOPPOSED MOTION TO CERTIFY A COLLECTIVE ACTION UNDER SECTION 216(b) OF THE FLSA SOLELY FOR SETTLEMENT PURPOSES, FOR APPROVAL OF AN OPT-IN SETTLEMENT, FOR APPOINTMENT OF SETTLEMENT ADMINISTRATOR; AND FOR APPROVAL OF AWARDS OF <u>ATTORNEYS' FEES AND COSTS AND SERVICE AWARDS</u>**

For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Motion to Certify a Collective Action Under Section 216(b) of the FLSA Solely for Settlement Purposes, for Approval of an Opt-In Settlement, for Appointment of Settlement Administrator; and For Approval of Awards of Attorneys' Fees and Costs and Service Awards, the Declaration of Maureen A. Salas, and the supporting exhibits, Plaintiff respectfully requests that the Court enter an Order:

(1) Approving the parties' proposed $990,000.00 settlement set forth in the Joint Stipulation of Settlement;

(2) approving the proposed Settlement Notice and directing its distribution;

(3) approving a service award in the amount of $10,000.00 to the Named Plaintiff Brian Furman and a service award in the amount of $5,000.00 to opt-in Plaintiff Donald Johnson for their service to class members;

(4) approving Plaintiff's request for one-third of the settlement fund for attorneys' fees and reimbursement of $716.08 in costs and litigation expenses;

(5) approving the Settlement Administrator's fees and costs in the amount of $10,000 to Rust Consulting;

(6) incorporating the terms of the Settlement Agreement; and

(7) dismissing this case without prejudice, with leave to reinstate on or before 120 days after the first Settlement Notices are sent pursuant to the terms of the Settlement, and in the event a motion to reinstate is not filed on or before 120 days, the case shall be deemed, without further order of the Court, to be dismissed with prejudice.

Dated: April 26, 2017

                                                          Respectfully submitted,

                                                          s/Maureen A. Salas
                                                          One of the Attorneys for Plaintiff

Douglas M. Werman - dwerman@flsalaw.com
Maureen A. Salas - msalas@flsalaw.com
Sarah J. Arendt - sarendt@flsalaw.com
Zachary C. Flowerree - zflowerree@flsalaw.com
Werman Salas P.C.
77 W. Washington, Suite 1402
Chicago, IL 60602
(312) 419-1008